United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

DUKE PARTNERS, LLC,

11

Plaintiff,

No. C 17-00085 WHA

12

v.

13

ROBERT M. OLIVAN, DIANA LARAE
OLIVAN, and DOES 1 to 16,

**ORDER ADOPTING REPORT
AND RECOMMENDATION
AND REMANDING ACTION**

14
15

Defendants.

16
17

The Court is in receipt of the report and recommendation by Judge Donna Ryu (Dkt.

18

No. 9).  The deadline to object was February 9.  No objection was filed.  This order **ACCEPTS**

19

and **ADOPTS** the findings therein.  The above-titled unlawful-detainer action is **REMANDED** for

20

lack of subject-matter jurisdiction.  Both defendant's application to proceed *in forma pauperis*

21

and plaintiff's motion to remand are **DENIED** as moot.

22
23

**IT IS SO ORDERED.**

24
25

Dated:  February 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

26
27
28